| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Mashburn, Randal S. | 2. Court or Organization  Bankruptcy Court - Middle District - Tennessee | 3. Date of Report  05/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge (Full-Time) | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ✔ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address  220 Customs House 701 Broadway Nashville, TN 37203 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Educational Trust ▨ |
| 2. | Director | Nashville Bar Association (non-profit organization) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | National Conference of Bankruptcy Judges | 10/07/14 to 10/14/2014 | Chicago, IL | Attendance at meetings and seminars of annual conference of association. | Transportation and portion of lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS (H) -- Lines 2-8 | | | | | | | | | |
| 2. Bank of America (Accounts/CDs) | A | Interest | L | T | | | | | |
| 3. Civic Bank & Trust (Accounts/CDs) | B | Interest | N | T | | | | | |
| 4. Community First Bank & Trust (Accounts/CDs) | B | Interest | M | T | | | | | |
| 5. Pinnacle National Bank (Accounts/CDs) | B | Interest | M | T | | | | | |
| 6. First Citizens National Bank (Accounts/CDs) | A | Interest | L | T | | | | | |
| 7. Insbank (Accounts/CDs) | A | Interest | N | T | | | | | |
| 8. Legends Bank | B | Interest | M | T | | | | | |
| 9. UBS BROKERAGE ACCT (H) -- Items 10 to 49 below | | | | | | | | | |
| 10. America Movil S.A.B. De C.V. (Common Stock) | A | Dividend | J | T | | | | | |
| 11. BP PLC (Common Stock) | A | Dividend | | | Sold | 12/15/14 | J | | |
| 12. EOG Resources (Common Stock) | | None | J | T | Buy | 12/15/14 | J | | |
| 13. EQT Corp (Common Stock) | A | Dividend | K | T | | | | | |
| 14. Express Scripts Holding Co. (formerly Medco) (Common Stock) | | None | J | T | | | | | |
| 15. Exxon Mobil Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 16. Freeport-McMoran (Common Stock | | None | J | T | Buy | 12/15/14 | J | | |
| 17. Genuine Parts Co. (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 19. Pepsico Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 20. Pfizer Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 21. QEP RES Inc. (Common Stock) | A | Dividend | | | Sold | 12/15/14 | J | | |
| 22. Rackspace Hosting Inc. (Common Stock) | | None | J | T | | | | | |
| 23. Rio Tinto PLC Spon ADR (Common Stock) | A | Dividend | | | Sold | 12/15/14 | J | | |
| 24. Verizon Communications Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Walmart de Mexico S.A.B. de CV (Common Stock) | A | Dividend | J | T | | | | | |
| 26. Walmart Stores Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 27. Walgreen Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 28. Alger Spectra Fund Class C (Mutual Fund) | D | Dividend | K | T | | | | | |
| 29. American Funds Euro Pacific Growth Fun (Mutual Fund) | A | Dividend | J | T | | | | | |
| 30. Templeton Global Income Fund (Mutual Fund) | B | Dividend | | | Sold | 12/15/14 | J | | |
| 31. FT-Franklin Federal Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 32. Vertus Global Multi Sector (Common Stock) | A | Dividend | J | T | Buy | 12/15/14 | J | | |
| 33. Metro Govt. Nashville/Davidson ▩ (Govt. Bonds) | B | Interest | L | T | Redeemed (part) | 02/06/14 | K | | |
| 34. Metro Govt. Revenue Bonds ▩ (Govt. Bonds) | B | Interest | K | T | Redeemed (part) | 07/01/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metro Govt. Nashville/Davidson ▨ (Govt. Bonds) | A | Interest | | | Redeemed | 07/01/14 | K | | |
| 36. Blount County Tenn. Public Bonds (Govt. Bonds) | B | Interest | L | T | | | | | |
| 37. State of Texas Bonds #1 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 38. Hamilton County Tenn. Bonds (Govt. Bonds) | A | Interest | K | T | | | | | |
| 39. Texas State Trans/Comm Bonds (Govt. Bonds) | B | Interest | K | T | | | | | |
| 40. State of Texas Bonds #2 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 41. Metro Govt. Nashville Sinking Fund ▨ 1 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 42. Knoxville Tenn. Waste Water Bonds (Govt. Bonds) | A | Interest | J | T | | | | | |
| 43. New York Municipal Water Fin. Auth. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 44. Tennessee State Bonds SR (Govt. Bonds) | B | Interest | K | T | | | | | |
| 45. Tennessee State School Bonds ▨ (Govt. Bonds) | B | Interest | L | T | | | | | |
| 46. Tennessee State School Bonds ▨ (Govt. Bonds) | A | Interest | K | T | Buy | 08/29/14 | K | | |
| 47. Texas A&M Univ. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 48. Memphis Airport Bonds (Govt. Bonds) | A | Interest | K | T | Buy | 09/11/14 | K | | |
| 49. UBS Money Market Account | A | Interest | J | T | | | | | |
| 50. ROTH IRA -- Lines 51-54 | A | Int./Div. | M | T | | | | | |
| 51. -- Nationwide Annuity | | | | | Buy (add'l) | 02/14/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Lincoln Life Annuity | | | | | Closed | 02/14/14 | K | | |
| 53. -- Ohio National Annuity | | | | | | | | | |
| 54. -- First Eagle Global Fund (Mutual Fund) | | | | | Buy (add'l) | 02/10/14 | J | | |
| 55. ROTH IRA ___ Lines 56-61 | A | Int./Div. | N | T | | | | | |
| 56. -- Genworth Life Annuity | | | | | | | | | |
| 57. -- Lincoln Life Annuity | | | | | Closed | 02/14/14 | K | | |
| 58. -- Nationwide Annuity | | | | | Buy (add'l) | 02/14/14 | K | | |
| 59. -- Ohio National Annuity | | | | | | | | | |
| 60. -- First Eagle Global Fund (Mutual Fund) | | | | | Buy (add'l) | 02/10/14 | J | | |
| 61. -- American Funds New Perspective (Mutual Fund) | | | | | Buy | 02/25/14 | J | | |
| 62. EDUCATIONAL TRUST -- Lines 63-70 | B | Int./Div. | L | T | | | | | |
| 63. -- Alger Spectra Fund | | | | | Sold (part) | 09/11/14 | J | C | |
| 64. -- American Funds Euro Pacific Growth Fund | | | | | Sold (part) | 09/11/14 | J | B | |
| 65. -- Royce Special Equity Fund | | | | | Sold | 09/11/14 | J | B | |
| 66. -- FT Templeton Global Bond Fund | | | | | Sold (part) | 09/11/14 | J | A | |
| 67. --American Funds Income Fund of America | | | | | Sold (part) | 09/11/14 | J | A | |
| 68. -- Blackrock Health Science Opportunities Fund | | | | | Sold (part) | 09/11/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Lord Abbett Short Duration Income Fund | | | | | Sold (part) | 09/11/14 | J | A | |
| 70. -- Natixis Vaughn Nelson Value Fund | | | | | Buy | 09/11/14 | J | | |
| 71. 529 COLLEGE FUND #1 -- Lines 72-75 | | None | L | T | | | | | |
| 72. -- Growth Fund of America | | | | | | | | | |
| 73. -- Bond Fund of America | | | | | | | | | |
| 74. -- American Balanced Fund | | | | | | | | | |
| 75. -- Capital Income Builder Fund | | | | | | | | | |
| 76. 529 COLLEGE FUND #2 -- Lines 77-80 | | None | L | T | | | | | |
| 77. -- Growth Fund of America | | | | | | | | | |
| 78. -- Bond Fund of America | | | | | | | | | |
| 79. -- American Balanced Fund | | | | | | | | | |
| 80. -- Capital Income Builder Fund | | | | | | | | | |
| 81. NORTHWESTERN BROKERAGE ACCT (H) Lines 82-87 | | | | | | | | | |
| 82. --Northwestern Mutual Single Premium Insurance/Annuity | A | Dividend | L | T | | | | | |
| 83. --Northwestern Mutual General Money Market Fund Cl B | A | Int./Div. | J | T | | | | | |
| 84. --EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 85. --Tax-Exempt Bond Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Localshares Nashville Area ETF | A | Dividend | J | T | | | | | |
| 87. --Vanguard Index Funds | A | Dividend | J | T | | | | | |
| 88. IRA #1 -- UBS (prior 401k) -- Lines 89-102 | E | Int./Div. | O | T | | | | | |
| 89. -- Pace Money Market Investment Fund | | | | | | | | | |
| 90. -- Alger Spectra Fund Class A | | | | | Sold (part) | 09/11/14 | J | | |
| 91. -- Calamos Convertible Fund | | | | | Buy | 09/11/14 | K | | |
| 92. -- Columbia Acorn Fund | | | | | | | | | |
| 93. -- First Eagle Overseas Fund Class A | | | | | | | | | |
| 94. -- ING Global Real Estate Fund Class A (became Voya Global) | | | | | Closed | 05/02/14 | K | | |
| 95. -- Voya Global Real Estate Fund (formerly ING Global) | | | | | Spinoff (from line 94) | 05/02/14 | K | | |
| 96. -- Vertus Premium Alpha Sector Fund A | | | | | Sold | 09/11/14 | J | | |
| 97. -- Loomis Sayles Bond Fund Class Retail | | | | | | | | | |
| 98. -- Lord Abbett Short Duration Income Fund Class A | | | | | | | | | |
| 99. -- Oppenheimer Intl Bond Fund Class A | | | | | | | | | |
| 100. -- TCW Emerging Markets Income Fund Class N | | | | | | | | | |
| 101. -- Blackrock Global Allocation Fund Inc A | | | | | | | | | |
| 102. -- Mainstay Marketfield Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA #2 -- UBS (prior 401k) -- Lines 104-113 | D | Int./Div. | N | T | | | | | |
| 104.  -- UBS Bank USA Deposit Account | | | | | | | | | |
| 105.  -- Berkshire Hathaway Inc New CL B | | | | | | | | | |
| 106.  -- ConocoPhillips B/E Bonds | | | | | | | | | |
| 107.  -- United Parcel Service DPB Inc B/E Bonds | | | | | | | | | |
| 108.  -- Duke Energy Carolina Bonds | | | | | | | | | |
| 109.  -- Coca Cola Co. Com NTS B/E Bonds | | | | | | | | | |
| 110.  -- Anheuser-Busch Invev WDR Bonds | | | | | | | | | |
| 111.  -- Federated Short-Term Income Fund Class A | | | | | Sold | 02/07/14 | M | | |
| 112.  -- Verizon Communications | | | | | Buy | 02/07/14 | K | | |
| 113.  -- Virtus Multi-Sector Short Term Bond Fund - Class C | | | | | Buy (add'l) | 02/10/14 | J | | |
| 114.  OTHER MISC. INVESTMENTS (H) Lines 115-116 | | | | | | | | | |
| 115.  Maury County TN Farm (███) | D | Rent | O | W | | | | | |
| 116.  Center Hill Lake TN Undeveloped Real Estate | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randal S. Mashburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544